BEEKMAN G. MITCHELL, Respondent, *v.* MARINE BASIN
COMPANY, Appellant.

*Negligence — wharfs and wharfage — ships and shipping — action to
recover damages to vessel moored under contract of wharfage, arising
from collapse of pier.*

*Mitchell* v. *Marine Basin Co.*, 222 App. Div. 777, affirmed.
(Argued May 8, 1928; decided May 29, 1928.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered January 9, 1928, unanimously affirm-
ing a judgment in favor of plaintiff entered upon a
verdict. The action was for the recovery of damages
sustained by a yacht through being sunk while lying in
the defendant-appellant's marine basin at Gravesend
Bay. The yacht was properly moored under a contract
of wharfage which was then in effect between the owners
of the yacht and the defendant. During a storm a
section of a pier which served as a breakwater collapsed
into the basin, throwing lumber and piling therein, a
piece of which a few hours later struck the yacht breaking
her hull below the water line.

*William F. Purdy* for appellant.

*Carroll Single* and *Forrest E. Single* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.